UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHALITA SAVAGE and JASON R. DYE,

        Plaintiffs,

v.

CITY OF FLINT,

        Defendant.
_____/

Case No. 2:25-cv-11950

HONORABLE STEPHEN J. MURPHY, III

### JUDGMENT

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's order dated July 14, 2025, Plaintiff's claims are dismissed without prejudice.

KINIKIA ESSIX
CLERK OF THE COURT

BY: s/ R. Loury

Dated: July 14, 2025

APPROVED:

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
U.S. DISTRICT JUDGE